EMANUEL LANDAU, Respondent, *v.* THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.*

Supreme Court, Appellate Term, First Department, June 9, 1938.

* Revg. 166 Misc. 42.

*Alexander & Green* [*James D. Ewing* and *Samuel M. Lane* of counsel], for the appellant.

*Murray B. Kestin* [*Adam Frank* of counsel], for the respondent.

PER CURIAM. The clause in the policy exempting disability benefits from incontestability is not ambiguous and was regarded as sufficient in (*Apter* v. *Equitable Life Assur. Soc.*, 271 N. Y. 653; *Kushman* v. *Equitable Life Assur. Soc.*, 253 App. Div. 921; *Equitable Life Assur. Soc.* v. *Deem*, 91 Fed. [2d] 569).

Judgment reversed, with thirty dollars costs, and complaint dismissed on the merits, with costs.

All concur. Present — HAMMER, SHIENTAG and NOONAN, JJ.